Nov. Term, 1851.

LAUGHLIN
v.
PRESIDENT AND TRUSTEES OF LAMASCO CITY.

---

LAUGHLIN and Others *v.* THE PRESIDENT AND TRUSTEES OF LAMASCO CITY.

APPEAL from the *Vanderburgh* Circuit Court.

*Per Curiam.*—Motion to dismiss the appeal.

This motion must be overruled. The statute authorizing an appeal from any order granting an injunction, applies to this case. R. S. pp. 636, 637. *The Michigan Central Railroad Co.* v. *The Northern Indiana Railroad Co.*, at this term (1).

The motion is overruled.

*C. Baker*, for the appellants.

*J. G. Jones* and *J. E. Blythe*, for the appellees.

(1) See *ante*, p. 239.